IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEVEN AKRIGHT,

               OPINION AND ORDER

      Plaintiff,

                 12-cv-733-bbc

  v.

KELLY BOCHAT and PENNY VOIGHT,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  Pro se plaintiff Jeffrey Steven Akright is proceeding on a claim that two of his probation agents confiscated his letters, photographs and legal procedure book, in violation of the First Amendment. Defendants Kelly Bochat and Penny Voight filed a motion for summary judgment on October 28, 2013, dkt. #11, but plaintiff has not filed a response to it, even though his deadline for doing so was November 27, 2013.

  I will give plaintiff one more opportunity to file his summary judgment materials. If he does not respond, I will dismiss the case with prejudice for plaintiff's failure to prosecute under Fed. R. Civ. P. 41(b).

ORDER

  IT IS ORDERED that plaintiff Jeffrey Steven Akright may have until December 20, 2013, to file a response to defendant Kelly Bochat's and Penny Voight's motion for

1

summary judgment. If plaintiff does not respond by that date, I will dismiss the case with prejudice.

Entered this 9th day of December, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge