IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEVEN AKRIGHT,

                                           ORDER

               Plaintiff,

                                          12-cv-733-bbc

    v.

KELLY BOCHAT and PENNY VOIGHT,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated December 9, 2013, dkt. #17, I noted that plaintiff had failed to file a response to defendants' motion for summary judgment, which was due November 27, 2013. I stated that I would dismiss the case with prejudice under Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute if he did not respond by December 20, 2013. Because plaintiff did not respond to the order, I am directing the clerk of court to close the case.

ORDER

      IT IS ORDERED that plaintiff Jeffrey Steven Akright's complaint is DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(b) for his failure to prosecute the case. The clerk of court is directed to enter judgment in favor of defendants Kelly Bochat and Penny

Voight and close this case.

    Entered this 3rd day of January, 2014.

                              BY THE COURT:

                              /s/

                              BARBARA B. CRABB
                              District Judge