IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY STEVEN AKRIGHT,

        Plaintiff,                 JUDGMENT IN A CIVIL CASE

    v.                                       Case No. 12-cv-733-bbc

KELLY BOCHAT and PENNY VOIGHT,

        Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Kelly Bochat and Penny Voight dismissing plaintiff Jeffrey Steven Akright's complaint with prejudice under Fed. R. Civ, P. 41(b) for plaintiff's failure to prosecute the case.

| /s/ E. Clark, Deputy Clerk | 1/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |